**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

In Re:  NICHOLAS RYAN HALL                                Case No.19-51723
        DEBTOR

**ORDER**

The Court having considered the Motion of the Debtor, and being advised,

IT IS ORDERED AND ADJUDGED that the Debtor, Nicholas Hall's delinquent Chapter 13 plan payments and the payments through December 2020 are suspended. The suspended payments will be made up by adding them to the end of the plan, extending the plan duration beyond sixty months as necessary.

Copies to:

The creditors
Hon. Beverly Burden
US Trustee

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Monday, November 2, 2020
(grs)